UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GRADY RENARD WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV416-334 |
| | ) | |
| HOMER BRYSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED** without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 31ˢᵗ day of January, 2017.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA